**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00316-CV**
_____

**TIFFANY JONES, Appellant**

**V.**

**ABBY COURT APARTMENTS, LLC, Appellee**

_____

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 25CCCV0514**

_____

**MEMORANDUM OPINION**

On August 28, 2025, Tiffany Jones filed a notice of appeal from a final order signed on August 21, 2025, from the County Court at Law Number One. Upon receiving the notice of appeal from Appellant, the Clerk of the Court issued an invoice for the filing fee for the appeal. By letter dated October 14, 2025, we notified the parties that Appellant had not paid the filing fee as directed in our letter and invoice previously forwarded to Appellant. A Certified Bill of Costs for the filing fee was enclosed and provided to Appellant. We warned Appellant in our letter dated

1

October 14, 2025, that unless the filing fee was paid, the appeal would be dismissed without further notice on any date after Wednesday, October 29, 2025. *See* Tex. R. App. P. 42.3(c). As of this date, Appellant has failed to pay the filing fee as directed by this Court.

On October 21, 2025, the County Clerk notified the Court that Appellant had failed to pay or to make the arrangements necessary for the County Clerk to prepare the clerk's record. We notified the parties that Appellant had not established indigent status, and that the clerk's record had not been filed due to Appellant's failure to pay or to arrange to pay the fee required to prepare the clerk's record. We warned Appellant that the appeal would be dismissed for want of prosecution unless Appellant established that she had made the arrangements required to pay the fee or that she needed more time to do so. *See id*. 37.3(b). After the Clerk of this Court sent the parties a letter warning of the consequences of a failure to take the action necessary to file the clerk's record, the Court did not receive a response.

Appellant has not paid the filing fee for the appeal, nor has she explained why she has not paid the fee for the clerk's record; therefore, we dismiss the appeal for want of prosecution. *Id*. 5, 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on December 3, 2025
Opinion Delivered December 4, 2025
Before Golemon, C.J., Wright and Chambers, JJ.

2